# United States District Court
## Central District of California

XL Specialty Insurance Company,

    Plaintiff,

v.

AIG Specialty Insurance Company,

    Defendant.

2:20-cv-06540-VAP-SHKx

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment, entered on July 13, 2021, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,000,000.00 plus pre-judgment interest in the amount of $130,684.93. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated: 7/19/21

                             Virginia A. Phillips
                             United States District Judge